# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **RYAN CHRISTOPHER BRUNING,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 3:25-cv-00446-E |
| | § | |
| | § | |
| **GEICO ADVANTAGE INSURANCE COMPANY,** | § | |
| Defendant. | § | |

## ORDER ON PLAINTIFF'S MOTION TO REMAND

After considering Plaintiff Ryan Christopher Bruning's Motion to Remand, documents on file, and Defendant's Notice of Removal, the Court REMANDS this case to County Court at Law No. 5, Dallas County, Texas.

SIGNED this _____ day of _____, 2025.

_____
**JUDGE PRESIDING**